**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**
_____

**JOSEPH H. WOLFE,**

             **Plaintiff,**

        **v.**                                      **7:12-CV-0987
                                                        (NAM/VEB)**

**CAROLYN W. COLVIN,
ACTING COMMISSIONER OF SOCIAL SECURITY,**

             **Defendant.**
_____

**APPEARANCES:**                               **OF COUNSEL:**

Office of Conboy, McKay Law Firm          Lawrence D. Hasseler, Esq.
307 State Street
Carthage, NY 13619
Counsel for Plaintiff

Social Security Administration               Amanda J. Lockshin, Esq.
Office of Regional General Counsel         Maria P. Fragassi Santangelo, Esq.
Region II
26 Federal Plaza - Room 3904
New York, NY 10278
Counsel for Defendant

**NORMAN A. MORDUE, SENIOR U. S. DISTRICT JUDGE**

## **ORDER**

      The above matter comes to me following a Report-Recommendation by Magistrate Judge Victor E. Bianchini, duly filed on the 16th day of October 2013. Following fourteen (14) days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

      After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

**ORDERED** that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. Plaintiff is granted judgment on the pleadings, the Commissioner's motion for judgment on the pleadings is denied, and this case is remanded for further proceedings.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: November 8, 2013
Syracuse, New York

Norman A. Mordue
Senior U.S. District Judge